**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-12-179 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| EDWARD McLAUGHLIN, | : | (Electronically Filed) |

## ATTORNEYS' CONFERENCE STATUS REPORT

Pursuant to the Pretrial Order of the Court, Counsels for the Defendant and Government have discussed pretrial matters herein. The Defendant has requested discovery materials pursuant to the Rules of Discovery and the Assistant United States Attorney has provided some information pursuant to the Rules of Procedure and has discussed the government's position on the case.

The government plans to provide additional discovery materials. The parties are in discussions about the options for resolving this matter in the interest of justice and fairness. The parties anticipate requesting additional

time in order to fully explore the appropriate resolution of the case and/or prepare the case for trial.

        Respectfully submitted,

        s/Hervery B. O. Young
**Hervery B. O. Young, ID # SC7013**
**Assistant Federal Public Defender**
116 North Washington Avenue, Suite 2C
Scranton, Pennsylvania  18503-1800
(570) 343-6285
Fax:  (570) 343-6225
E-mail: hervery_young@fd.org

August 8, 2012

# **CERTIFICATE OF SERVICE**

I, Hervery B.O. Young, Assistant Federal Public Defender, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Attorneys' Conference Status Report,** to the following

>Francis P. Sempa
>Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

>Edward McLaughlin

>s/Hervery B. O. Young
>**Hervery B. O. Young**

August 8, 2012