IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:CR-12-179 |
| | : |
| v. | : (Judge Caputo) |
| | : |
| EDWARD MCLAUGHLIN | : (Electronically Filed) |

**ORDER**

AND NOW, this 21st day of August, 2012, IT IS HEREBY ORDERED AND DECREED that due to the retention of private counsel, the Office of the Federal Public Defender is hereby permitted to withdraw as counsel in the above-captioned case.

BY THE COURT

_____
A. Richard Caputo
United States District Judge