UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

UNITED STATES OF AMERICA

    VS

CASE NO. 3:CR-12-179

EDWARD McLAUGHLIN

TYPE OF CASE:  CRIMINAL

TAKE NOTICE that a proceedings in this case has been **RE-SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT      **COURTROOM:** #1
    MAX ROSENN U.S. COURTHOUSE
    197 S. MAIN STREET
    WILKES-BARRE, PA 18701      **DATE AND TIME:**
    Tues. Oct. 2, 2012
**TYPE OF PROCEEDINGS:**      at 3:00 p.m.

**ARRAIGNMENT ON SUPERSEDING INDICTMENT**

**DATE:**  September 25, 2012

MARY E. D'ANDREA, CLERK

s/ Barbe H. Sempa
BARBE H. SEMPA

**TO:** HON. MALACHY E. MANNION, US MAGISTRATE JUDGE
    FRANCIS SEMPA, AUSA
    TODD HENRY, ESQ.
    U.S. PROBATION
    U.S. MARSHAL
    COURT REPORTER