UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v | : | 3:CR-12-179 |
| EDWARD McLAUGHLIN | : | |
| Defendant | : | |

## PLEA

Now, this 2nd day of October, 2012, the within named Defendant, Edward McLaughlin having been arraigned in open Court, hereby pleads  Not Guilty  to the within Superseding Indictment.

_____
Defendant