# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : 3:12-CR-179 |
| v. | : (JUDGE MARIANI) |
| | : |
| **EDWARD MCLAUGHLIN,** | : |
| | : |
| **Defendant.** | : |

## ORDER

**AND NOW, THIS** ___16th___ **DAY OF JUNE 2022,** for the reasons set forth in this Court's accompanying Memorandum Opinion, upon *de novo* review of Magistrate Judge Arbuckle's Report and Recommendation (Doc. 466), McLaughlin's objections thereto (Doc. 469), McLaughlin's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 418) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 466) is **ADOPTED.**

2. McLaughlin's objections to the Report and Recommendation are **OVERRULED.**

3. All *pro se* Motions to Vacate shall be **DENIED AS MOOT.**

4. McLaughlin's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 418) is **DENIED IN PART AND GRANTED IN PART** as follows:

    a. McLaughlin's petition to vacate his conviction and sentence under Count One and Count Five of the Third Superseding Indictment is **DENIED.**

    b. McLaughlin's petition for an evidentiary hearing is **DENIED.**

   c. McLaughlin's petition to vacate his conviction and sentence under Count Three of the Third Superseding Indictment is **GRANTED.**

5. A certificate of appealability **SHALL NOT ISSUE.**

_____
Robert D. Mariani
United States District Judge